# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** CHRISTOPHER P. MARTINO                                          **Docket No.** 3:03CR00184(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Carmelo Medina, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Christopher P. Martino who was sentenced to 5 years' probation on counts 1 and 2, for a violation of 18:U.S.C.§§ 922(j) and 924(a)(2), Knowing Possession of Stolen Firearms, by the Honorable Janet C. Hall, U.S. District Judge sitting in the court at Bridgeport, Connecticut on January 27, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special conditions: 1) The defendant shall be on home confinement with electronic monitoring for six months of the term of probation. The defendant shall pay the costs of electronic monitoring; 2) The defendant shall perform 200 hours of community service, in a program approved by the probation officer, at the rate of not less than 10 hours per month, to begin at the end of the period of home confinement; 3) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as approved by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the Probation Office; 4) The defendant shall not associate with any members of the Ku Klux Klan, white supremacist groups, secret organizations or color wearing members of an organization participating in illegal activities. If found in the company of such individuals, the court will presume that the association was for the purpose of participating in illegal activities; and 5) The defendant is to be current on his child support payments and if in arrears, the defendant shall work out a payment schedule. Also, the defendant shall work out a payment schedule for his Ohio obligation regarding child support and remain current on the schedule.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge #1: Mandatory Condition-** "You shall not commit another federal, state, or local crime."
On November 13, 2005 in the town of Southington, Connecticut, Christopher Martino accompanied by Aaron Zambrano and Cesar Zambrano allegedly assaulted Daniel Burgos. Evidence in support of this charge includes the arrest warrant issued to the Southington Police Department on January 3, 2006, charging Christopher Martino with Assault 1ST degree, in violation of C.G.S.A. §53a-59(a)(4); Conspiracy to Commit Assault in the 1st degree, C.G.S.A. §53a-48 (53a-59(a)(4)) ; and Breach of Peace, C.G.S.A §53a-181. On January 6, 2006, Mr. Martino surrendered to the Southington Police Department and was released on a $75,000 bond. The next court appearance is scheduled for May 30, 2006.

**Charge #2: Mandatory Condition-** "You shall not commit another federal, state, or local crime."
On February 3, 2006, in the town of New Haven, Connecticut, Christopher Martino allegedly made several calls to Maria Zambrano, and said things like, " Be ready to die bitch cause I'm coming to kill you." In the second call Martino stated, "I'm coming to end you". In the third call he stated, "Don't play games with me bitch. " Evidence in support of this charge includes the arrest report of the New Haven Police Department. Martino is charged with Breach of Peace in the 2nd degree, in violation of C.G.S.A.§53a-181 and Harassment in the 2nd degree, C.G.S.A.§ 53a-183. He was released on bond and the matter is pending in New Haven Superior Court. The next court appearance is schedule for September 20, 2006.

**Charge #3: Mandatory Condition-** "You shall not commit another federal, state, or local crime."
On March 3, 2006, Christopher Martino allegedly went to 382 Lombard Street, New Haven, Connecticut and started to yell at Maria Zambrano. Mr. Martino did not belong on the property, where he also assaulted Mr. Robert Scire. Evidence in support of this charge includes the arrest report of the New Haven Police Department. Martino is charged with Assault 3rd degree, in violation of C.G.S.A.§ 53a-61; Criminal Trespass 1st degree, C.G.S.A. §53a-107 and Violation of a Protection Order C.G.S.A. §53a-223. On March 4, 2006, Martino was released on a $50,000. The matter is pending in New Haven Superior Court. The next court appearance is scheduled for May 10, 2006.

**Charge #4: Standard Condition-** " You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer." Mr. Martino failed to notify his probation officer within 72 hours of being arrested on February 3, 2006 and March 3, 2006.

**Charge #5: Standard Condition-** " You shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."
The arrest warrant of January 3,2006, charges Mr. Martino with conspiring to assault Danial Burgos with Aaron Zambrano and Cesar Zambrano. Aaron Zambrano has felony convictions in Connecticut including various narcotics offenses.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Christopher P. Martino to appear before this court at Bridgeport, Connecticut on 5-4-06 @ 11:30 AM to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 26th day of April, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

_Carmelo Medina_
Carmelo Medina
Senior United States Probation Officer

Place: Bridgeport, CT
Date: 4/26/06

Before me, the Honorable Janet C. Hall, United States District Judge, on this 26th day of April 2006 at Bridgeport, Connecticut, Senior U.S. Probation Officer Carmelo Medina appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.