UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  Criminal No.: 3:02CR00184(JCH)

CHRISTOPHER P. MARTINO

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On January 27, 2004, the defendant was sentenced to five years' probation on Counts 1 and 2, for Knowing Possession of Stolen Firearms, subject to standard and special conditions.

WHEREAS, at a hearing before this Court on May 16, 2006, Mr. Martino, who was represented by counsel and given an opportunity to be heard, was charged with violations of Probation. The Court deferred making any findings and the matter has been continued. In the interim, the defendant shall remain on Probation with the following modification to the spacial conditions.

IT IS ORDERED that the conditions of Probation be modified to add a special condition that the defendant be required to reside at 100 Fulton Street, New Haven, Connecticut and shall be on home confinement with electronic monitoring with a curfew Monday - Sunday from 7:00 a.m. to 7:00 p.m., and shall have no contact with Maria Zambrono, Arron Zambrono, Cesar Zambrono and Robert Parente.

All other aspects of the original judgment shall remain in full force and effect.

Signed and dated at Bridgeport, Connecticut, this 23rd day of May, 2006.

The Honorable Janet C. Hall
United States District Judge