# United States District Court

DISTRICT OF __Connecticut__

USA
v.
MARTINO

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03CR184JCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | GLASSER | TRUBNER |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6-5-06 | FIDANZA | BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6-5-06 | | | ROBERT SCIPI 302 PINE ROCK AVE HAMDEN CT |
| ✓ | | " | | | BRIAN GRENFELL 302 PINE ROCK AVE HAMDEN CT |
| | ✓ | " | | | MARIA ZAMBRANO 518 ELM ST NEW HAVEN CT |
| | ✓ | " | | | CHRISTOPHER MARTINO 100 FULTON ST NEW HAVEN CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages